Towd Point Mtge. Trust 2019-3 v Minogue

2026 NY Slip Op 02575

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

TOWD POINT MORTGAGE TRUST 2019-3, U.S. BANK NATIONAL ASSOCIATION, INDENTURE TRUSTEE, PLAINTIFF-RESPONDENT,

v

PATRICK MINOGUE, ALSO KNOWN AS PATRICK J. MINOGUE, III, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

373 CA 25-00585

Present: Lindley, J.P., Curran, Ogden, Greenwood, And Delconte, JJ.

PATRICK J. MINOGUE, III, DEFENDANT-APPELLANT PRO SE.

ZECHNER ELLMAN & KRAUSE LLP, NEW YORK CITY (BJ FINNERAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered October 7, 2024. The order denied

[*1]

defendant's motion to vacate a default judgment.

Now, upon reading and filing the stipulation of discontinuance signed by defendant and the attorney for the plaintiff on February 9 and 16, 2026,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court